# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA KAY SLATER,<br><br>    Petitioner,<br><br>    v.<br><br>DEBORAH L. PATRICK, Warden<br><br>    Respondent. | 1:08-CV-01185 GSA HC<br><br>ORDER GRANTING PETITIONER'S REQUEST TO WITHDRAW UNEXHAUSTED CLAIMS<br><br>[Doc. 10] |

    Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. She is represented in this action by Hilda Scheib, Esq. Petitioner has returned her consent/decline form indicating consent to exercise of Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c)(1).

    On October 21, 2008, the Court granted Petitioner leave to withdraw the unexhausted claims raised in the petition. (Court Doc. 8.) On November 5, 2008, Petitioner filed a motion to withdraw the unexhausted claims. (Court Doc. 10.)

    On application of counsel and good cause appearing, Petitioner's motion to withdraw the unexhausted claims is GRANTED.

IT IS SO ORDERED.

Dated:   **November 10, 2008**                  **/s/ Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE