IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA KAY SLATER,<br><br>    Petitioner,<br><br>    vs.<br><br>DEBORAH L. PATRICK, Warden,<br><br>    Respondent.<br>_____/ | 1:08-cv-01185 GSA (HC)<br><br>**ORDER GRANTING RESPONDENT'S FIRST APPLICATION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING**<br><br>(DOCUMENT #16)<br><br>DEADLINE: MARCH 3, 2009 |

On January 15, 2009, respondent filed an application for an extension of time to file a response to the petition for writ of habeas corpus. Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent is granted an extension of time, to and including March 3, 2009, in which to file a response to the petition for writ of habeas corpus in this matter.

IT IS SO ORDERED.

Dated:   **January 23, 2009**                    /s/ **Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE