IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA KAY SLATER,<br><br>    Petitioner,<br><br>    vs.<br><br>DEBORAH L. PATRICK, Warden,<br><br>    Respondent.<br>_____/ | 1:08-cv-1185 GSA (HC)<br><br>ORDER GRANTING RESPONDENT'S SECOND MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING<br><br>(DOCUMENT #20)<br><br>DEADLINE: MARCH 18, 2009 |

On March 2, 2009, respondent filed second request for an extension of time to file a response to the petition for writ of habeas corpus. Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent is granted an extension of time, to and including March 18, 2009, in which to file a response to the petition for writ of habeas corpus in this matter.

IT IS SO ORDERED.

Dated: **March 10, 2009**     **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE