IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA KAY SLATER,<br><br>    Petitioner,<br><br>  vs.<br><br>DEBORAH L. PATRICK,<br><br>    Respondent.<br>_____/ | 1:08-cv-01185 GSA (HC)<br><br>ORDER GRANTING PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE<br><br>(DOCUMENT #24)<br><br>THIRTY DAY DEADLINE |

On April 24, 2009, petitioner, by and through her attorney of record, filed a motion to extend time to file a traverse. Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file her traverse.

IT IS SO ORDERED.

**Dated:**  **April 15, 2009**            **/s/ Gary S. Austin**
                                                                   UNITED STATES MAGISTRATE JUDGE